No. 996. LOCAL UNION No. 721, UNITED PACKING-HOUSE, FOOD & ALLIED WORKERS, AFL–CIO, *v.* NEEDHAM PACKING CO., DOING BUSINESS AS SIOUX CITY DRESSED BEEF. Supreme Court of Iowa. Certiorari granted. *Eugene Cotton, Richard F. Watt* and *Harry H. Smith* for petitioner. *Alfred L. Scanlan* and *Jesse E. Marshall* for respondent.

No. 1020. SEARS, ROEBUCK & CO. *v.* STIFFEL COMPANY. C. A. 7th Cir. Certiorari granted. *Will Freeman* and *Frank H. Marks* for petitioner. *Warren C. Horton* and *Max R. Kraus* for respondent.

No. 746, Misc. STONER *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the District Court of Appeal of California, Second Appellate District, granted. Review is limited to the question of whether evidence was admitted which had been obtained by an unlawful search and seizure. Case transferred to the appellate docket. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *William E. James,* Assistant Attorney General, for respondent.

No. 811, Misc. FALLEN *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. Case transferred to the appellate docket. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.